UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| JOHN P. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 21-160-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | **JUDGMENT** |
| Commissioner of the Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, is **AFFIRMED.**

2. Judgment is entered in favor of the defendant with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 16, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky